UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DRUMWRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUCKLEBERRY, *et al.*,<br><br>　　　　Defendants. | Case No.  1:20-cv-00952-BAM (PC)<br><br>ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR |

　　Plaintiff Marquise Drumwright ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on July 9, 2020.  (ECF No. 1.)

　　On July 7, 2020, two days before this action was opened, an identical complaint was filed in <u>Drumwright v. Huckleberry</u>, Case No. 1:20-cv-00939-EPG.  Therefore, it appears that the instant action, Case No. 1:20-cv-00952-BAM, is duplicative of the first action, and was opened in error.  As a result, the Court directs the Clerk of the Court to correct this administrative error by closing the incorrectly-opened new case.

　　Plaintiff is informed that he should continue to respond to orders issued in Case No. 1:20-cv-00939-EPG regarding the claims raised in his complaint.  **That case remains open at this time and is not affected by this order**.  In addition, Plaintiff will **not** be charged the filing fee for this incorrectly-opened case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall ADMINISTRATIVELY CLOSE Case No. 1:20-cv-00952-BAM;

2. All pending motions in this matter, if any, are terminated.

IT IS SO ORDERED.

Dated:   **July 14, 2020**                                   /s/ *Barbara A. McAuliffe*         
                                                                              UNITED STATES MAGISTRATE JUDGE